DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

COOPER v. COOPER

No. 465P86.

Case below: 80 N.C. App. 559.

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 12 August 1986.

COX v. JEFFERSON-PILOT FIRE AND CASUALTY CO.

No. 377P86.

Case below: 80 N.C. App. 122.

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 12 August 1986.

DAVIS v. SELLERS ENTERPRISES, INC.

No. 259P86.

Case below: 79 N.C. App. 570.

Petition by defendant (Sellers Enterprises, Inc.) for discretionary review pursuant to G.S. 7A-31 denied 12 August 1986.

DELLINGER v. LAMB

No. 185P86.

Case below: 79 N.C. App. 404.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 12 August 1986.

DUNN v. HARRIS

No. 423P86.

Case below: 81 N.C. App. 137.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 13 August 1986.